UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
JELD-WEN Inc. and JWI, Inc.,                              :
                                                          :
                                Plaintiffs,               :   08 CV 2485 (HB)
                                                          :
                - against -                               :
                                                          :   **NOTICE OF APPEARANCE**
CITIBANK, N.A.,                                           :
                                                          :
                                Defendant.                :
--------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, that Marjorie E. Sheldon, of Kramer Levin Naftalis & Frankel LLP, hereby appears in the above-referenced action as counsel for defendant Citibank, N.A.

Ms. Sheldon is admitted to practice in this Court.

Dated: New York, New York
       April 1, 2008

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        _____
                                        Marjorie E. Sheldon (MS-8595)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 715-9100
                                        Fax:   (212) 715-8000
                                        msheldon@kramerlevin.com

                                        *Attorney for Defendant Citibank, N.A.*

KL3 2649673.1