DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

RECEIVED
APR — 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JELD-WEN Inc. and JWI, Inc.,

         Plaintiffs,  : 08 CV 2485 (HB)

   - against -       : STIPULATION AND ORDER

CITIBANK, N.A.,

         Defendant. :

---------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants to answer or move in response to the Complaint is adjourned to April 24, 2008, and it is further

   STIPULATED AND AGREED, that defendant waives any objection to service of process of the Complaint — *if a PTSC exists this adjournment does not interfere with it.*

Dated: New York, New York
    April __1__, 2008

BECKER, GLYNN, MELAMED & MUFFLY LLP    KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____         By: _____
  Robin L. Alperstein (RA-3496)          Marjorie E. Sheldon (MS-8595)
  Clifford G. Tsan (CT-8076)

299 Park Avenue              1177 Avenue of the Americas
New York, New York 10171          New York, New York 10036
Phone (212) 888-3033            Phone (212) 715-9100
Fax (212) 888-0255             Fax: (212) 715-8000
ralperstein@beckerglynn.com         msheldon@kramerlevin.com
ctsan@beckerglynn.com           *Attorneys for Defendant*
*Attorneys for Plaintiffs*

SO ORDERED:

_____ 4/2/08
Harold Baer, U.S.D.J.

KL3 2649431.1