ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JELD-WEN Inc. and JWI, Inc.,

                                 Plaintiffs,   :  08 CV 2485 (HB)

           - against -                   :  **STIPULATION AND ORDER**

CITIBANK, N.A.,

                                 Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants to answer or move in response to the Complaint is adjourned to April 24, 2008, and it is further

STIPULATED AND AGREED, that defendant waives any objection to service of process of the Complaint.

Dated:  New York, New York
          April ___, 2008

BECKER, GLYNN, MELAMED & MUFFLY LLP

By: _____
     Robin L. Alperstein (RA-3496)
     Clifford G. Tsan (CT-8076)

299 Park Avenue
New York, New York 10171
Phone (212) 888-3033
Fax (212) 888-0255
ralperstein@beckerglynn.com
ctsan@beckerglynn.com
*Attorneys for Plaintiffs*

SO ORDERED:
_____
Harold Baer, U.S.D.J.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
     Marjorie E. Sheldon (MS-8595)

1177 Avenue of the Americas
New York, New York 10036
Phone (212) 715-9100
Fax: (212) 715-8000
msheldon@kramerlevin.com
*Attorneys for Defendant*

KL3 2649431 1