USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JELD-WEN Inc. and JWI, Inc.,

                Plaintiffs,       08 CV 2485 (HB)

    - against -             **STIPULATION AND ORDER
                                    OF SETTLEMENT AND**
CITIBANK, N.A.,                    **DISMISSAL**

                Defendant.
-----------------------------------x

        WHEREAS, the parties have agreed to settle and compromise this action on the terms indicated in a confidential "Termination Agreement and Release," dated April 4, 2008,

        IT IS HEREBY STIPULATED, AGREED AND ORDERED that this action is hereby dismissed with prejudice, and without costs or disbursements to either party. [The Clerk is instructed to close this case + remove it from my docket.]

Dated:  New York, New York             New York, New York
       April 7, 2008                        April 7, 2008

**BECKER, GLYNN, MELAMED & MUFFLY LLP**    **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: _____           By: _____
    Robin L. Alperstein (RA-3496)               Marjorie E. Sheldon (MS-8595)
    Clifford G. Tsan (CT-8076)                 Marshall H. Fishman (MF-4944)

299 Park Avenue                             1177 Avenue of the Americas
New York, New York 10171                  New York, New York 10036
Phone: (212) 888-3033                      Phone: (212) 715-9100
Fax: (212) 888-0255                         Fax: (212) 715-8000
ralperstein@beckerglynn.com             msheldon@kramerlevin.com
ctsan@beckerglynn.com                      mfishman@kramerlevin.com
*Attorneys for Plaintiffs*                       *Attorneys for Defendant*

SO ORDERED:

_____
Harold Baer, U.S.D.J.  5/20/08